UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

JUN 8 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR218-MU |
| ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| ) | |
| HORACE LEON IVEY ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This ___ day of June, 2005.

*Graham C. Mullen*
GRAHAM C. MULLEN
UNITED STATES DISTRICT COURT JUDGE